AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

Stephanie Gray

**WARRANT FOR ARREST**

CASE NUMBER: 06- 105M-MPT



To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Stephanie Gray when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging the Defendant with (brief description of offense)

conspiracy to distribute heroin and fentanyl and use of a communication facility in facilitating the distribution of heroin and fentanyl,

in violation of Title __21__ United States Code, Section (s) __841(a)(1), 843(b) and 846.__

Honorable Mary Pat Thynge
Name of Issuing Officer

(signature)
Signature of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

September 8, 2006   Wilmington, DE
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

FILED
SEP 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 9-8-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-11-06 | Thomas E. Jacobs, S/A | (signature) |

AO 442 (Rev. 12/85) Warrant for Arrest